UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHON D. MILLER, SR. (#427562)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-730-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated September 16, 2013 (doc. no. 30) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the defendants' Motion to Dismiss In Response to Amended Complaint is DENIED.  Further, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and those claims are DISMISSED WITHOUT PREJUDICE.  This matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, October 8, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA