UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHON D. MILLER, SR. (#427562)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-730-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 27, 2014 (doc. no. 63) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Preliminary Injunction is DENIED.

Baton Rouge, Louisiana, this 3rd day of April, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA