UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHON D. MILLER SR. (#427562)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 12-730-JWD-SCR

## **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

**IT IS ORDERED** that that the Plaintiff's Motion for Summary Judgment shall be denied, the defendants' Motion for Summary Judgment shall be granted, and this action shall be dismissed without prejudice to any state law claim.

Baton Rouge, Louisiana,   January 20, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**